# Order

Michigan Supreme Court
Lansing, Michigan

March 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155475

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ELLIOT RIVERS, a/k/a MELVIN JONES,
     Defendant-Appellant.

_____/

SC: 155475
COA: 328331
Wayne CC: 14-008795-FH

On order of the Court, the application for leave to appeal the January 26, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2018



Clerk

d0226